Jose Torres, Appellant, v Gamma Taxi Corp. et al., Respondents.

Decided November 27, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Tribeca Lending Corp., Respondent, v Linda Crawford, Appellant, et al., Defendants.

Submitted September 24, 2012; decided November 27, 2012

Motion for leave to appeal dismissed upon the ground that it does not lie.